# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00328-CV

---

**William Jegen, Appellant**

**v.**

**Sheila Jegen, Appellee**

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-001511, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant William Jegen has filed an unopposed motion to dismiss. We grant the motion and dismiss the appeal.[1] *See* Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Chief Justice Byrne, Justices Triana and Smith

Dismissed on Appellant's Motion

Filed: January 25, 2023

---

[1] All other pending motions are dismissed as moot.